Jacob R. Rusch (MN Bar No. 0391892)
jrusch@johnsonbecker.com
Timothy J. Becker (MN Bar No. 0256663)
tbecker@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801

*Lead Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INC,<br><br>Defendant. | Case No.: 3:20-cv-01558-IM<br><br>**NOTICE OF FILING CONSENTS TO SUE PURSUANT TO 29 U.S.C. § 216(b)** |

**PLEASE TAKE NOTICE THAT** attached hereto are Consents to Sue pursuant to 29 U.S.C. § 216(b), which are to be filed with the Clerk of the Court as of the date hereof on the following individuals:

1. Renee Redinger;

2. Cesar Rincon;

3. Hugh Lee;

Notice of Filing                                                                 1

4. Diana Geary

5. Keda Jeffrey; and

6. Nichole Deininger

Dated: September 30, 2020                Respectfully submitted,

/s/Jacob R. Rusch
Jacob R. Rusch (MN Bar No. 0391892)
*Admitted pro hac vice*
Timothy J. Becker (MN Bar No. 0256663)
*Pro hac vice to be filed*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: jrusch@johnsonbecker.com
E: tbecker@johnsonbecker.com

*Lead Attorneys for Plaintiffs*

Jane Paulson, OSB No. 91180
**Paulson Coletti Trial Attorneys, PC**
1022 NW Marshall St, Ste 450
Portland, OR 97209-2989
T: 503-226-6361
F: 503-226-6276
E: jane@paulsoncoletti.com

*Local Counsel for Plaintiffs*