UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals, | Case No.: |
| Plaintiffs, | |
| v. | CONSENT TO SUE |
| CONSUMER CELLULAR, INC, | |
| Defendant. | |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: _Renee L Redinger (Aug 31, 2020 12:45 PDT)_   Date: **08/31/2020**

Consent to Sue                                1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INC,<br><br>Defendant. | Case No.:<br><br><br><br><br><br>CONSENT TO SUE |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *Cesar A Ramos Rincon (Aug 31, 2020 17:08 PDT)*    Date: **09/01/2020**

Consent to Sue                                1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INC,<br><br>Defendant. | Case No.: 3:20-cv-01558-IM<br><br><br><br><br>CONSENT TO SUE |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *Hugh Marcus Lee (Sep 14, 2020 15:34 PDT)*   Date: 09/14/2020

Consent to Sue                                   1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals, | Case No.: 3:20-cv-01558-IM |
| Plaintiffs, | |
| v. | CONSENT TO SUE |
| CONSUMER CELLULAR, INC, | |
| Defendant. | |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *Diana Geary*
Diana Geary (Sep 14, 2020 22:34 PDT)

Date: 09/15/2020

Consent to Sue                                1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INC,<br><br>Defendant. | Case No.: 3:20-cv-01558-IM<br><br>CONSENT TO SUE |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: _Keda Jeffrey (Sep 16, 2020 16:40 PDT)_   Date: **09/16/2020**

Consent to Sue                                    1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INC,<br><br>Defendant. | Case No.: 3:20-cv-01558-IM<br><br><br><br><br><br>CONSENT TO SUE |

1. I understand this lawsuit against **CONSUMER CELLULAR, INC**, asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and Arizona and Oregon state law concerning Defendant's alleged failure to correctly pay overtime and wages at any time in the last three years.

2. I hereby consent to opt-in and join and become a Plaintiff in this lawsuit and be bound by the Court, whether favorable or unfavorable, to any settlement of this action.

3. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *Nichole Deininger* (Sep 25, 2020 11:12 PDT)   Date: 09/25/2020

Consent to Sue                                    1