Jane Paulson
PAULSON COLETTI TRIAL ATTORNEYS, PC
1022 NW Marshall St, Ste 450
Portland, OR 97209-2989
jane@paulsoncoletti.com

*Local Counsel for Plaintiffs*

Jacob R. Rusch (*pro hac vice*)
Zackary S. Kaylor (*pro hac vice*)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JOHN KANE and MARY BOWERS, individually and on behalf of all similarly situated individuals,** | Case No.: 3:20-cv-01558-IM |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF FILED CONSENT TO SUE OF DIANA GEARY** |
| **CONSUMER CELLULAR, INC,** | |
| Defendant. | |

_____

On September 30, 2020, Diana Geary ("Plaintiff"), by and through her attorneys, filed with the Clerk of the Court her consent to join the instant action as an opt-in plaintiff, pursuant to 29 U.S.C. § 216(b). *See Notice of Filing Consents to Sue*, Dkt. 8. Please take notice that Plaintiff hereby respectfully withdraws her

1      NOTICE OF WITHDRAWAL OF FILED CONSENT TO SUE

previously filed Consent to Sue.

Dated: March 25, 2021              Respectfully submitted,

/s/Jacob R. Rusch
Jacob R. Rusch (MN Bar No. 0391892)
*Admitted pro hac vice*
Zack Kaylor (MN Bar No: 0400854)
*Admitted pro hac vice*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: jrusch@johnsonbecker.com
E: zkaylor@johnsonbecker.com

*Lead Attorneys for Plaintiffs*

Jane Paulson, OSB No. 91180
**Paulson Coletti Trial Attorneys, PC**
1022 NW Marshall St, Ste 450
Portland, OR 97209-2989
T: 503-226-6361
F: 503-226-6276
E: jane@paulsoncoletti.com

*Local Counsel for Plaintiffs*

2      NOTICE OF WITHDRAWAL OF FILED CONSENT TO SUE

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, I served the foregoing **Notice of Withdrawal of Filed Consent to Sue** on:

David J. Riewald, OSB No. 880969
BULLARD LAW
driewald@bullardlaw.com
(503) 248-1134/Telephone
(503) 224-8851/Facsimile

Francis T. Barnwell, OSB No. 841623
ARBOR EMPLOYMENT LAW
fran@arboremploymentlaw.com
By *s/Maryann Yelnosky*

Maryann Yelnosky, OSB No. 863200
ARBOR EMPLOYMENT LAW
maryann@arboremploymentlaw.com
(503) 832-7075/Telephone
(503) 836-3710/Facsimile

*Attorneys for Defendant Consumer Cellular, Inc.*

- ☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

- ☑ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

s/ Jacob. R. Rusch
Jacob R. Rusch (*pro hac vice*)
*Attorney for Plaintiffs*

Page 1    CERTIFICATE OF SERVICE